**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Seth Van Aalten, Esq. (*pro hac vice* forthcoming)
Justin Alberto, Esq. (*pro hac vice* forthcoming)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**PAUL HASTINGS LLP**
Matthew M. Murphy, Esq. (*pro hac vice* forthcoming)
Matthew Micheli, Esq. (*pro hac vice* forthcoming)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
(312) 499-6000
mattmurphy@paulhastings.com
mattmicheli@paulhastings.com

*Counsel to Ad Hoc Committee of Supporting Counsel*

**PAUL HASTINGS LLP**
Kristopher M. Hansen, Esq. (*pro hac vice* forthcoming)
Ryan P. Montefusco, Esq. (*pro hac vice* forthcoming)
200 Park Avenue
New York, New York 10166
(212) 318-6000
krishansen@paulhastings.com
ryanmontefusco@paulhastings.com

**PARKINS & RUBIO LLP**
Lenard M. Parkins, Esq. (*pro hac vice* forthcoming)
Charles M. Rubio, Esq. (*pro hac vice* forthcoming)
700 Milam, Suite 1300
Houston, Texas 77002
(713) 715-1660
lparkins@parkinsrubio.com
crubio@parkinsrubio.com

*Counsel to Ad Hoc Committee of Supporting Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT, LLC., *ET AL*.,<br><br>                              DEBTORS.[1] | HON. MICHAEL A. SHIPP, U.S.D.J.<br>CIVIL ACTION NO. 3:23-CV-17597-MAS<br><br>BANKRUPTCY CASE NO. 23-12825 (MBK)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| AD HOC COMMITTEE OF SUPPORTING COUNSEL,<br><br>                              PLAINTIFF,<br><br>                     -AGAINST-<br><br>THE OFFICIAL COMMITTEE OF TALC CLAIMANTS,<br><br>                              DEFENDANTS. | |

## NOTICE OF APPEARANCE OF COUNSEL

Appellant Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel") files this Notice of Appearance of Counsel and hereby notifies the Court that Michael

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

D. Sirota and Warren A. Usatine will appear as counsel for AHC of Supporting Counsel in the above-captioned case. Mr. Sirota and Mr. Usatine are members in good standing with the State Bar of New Jersey and with this Court. Their respective contact information is as follows:

| | |
|---|---|
| Michael D. Sirota<br>New Jersey Bar No. 014321986<br>**Cole Schotz P.C.**<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com | Warren A. Usatine<br>New Jersey Bar No. 025881995<br>**Cole Schotz P.C.**<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>wusatine@coleschotz.com |

Respectfully submitted,

Dated: October 3, 2023              **COLE SCHOTZ P.C.**

*/s/ Michael D. Sirota*
Michael D. Sirota (NJ Bar No. 014321986)
Warren A. Usatine (NJ Bar No. 025881995)
Seth Van Aalten (*pro hac vice* forthcoming)
Justin Alberto (*pro hac vice* forthcoming)
Court Plaza North, 25 Main Street
Hackensack, NJ 07602-0800
(201) 489-3000
Email:  msirota@coleschotz.com
            wusatine@coleschotz.com
            svanaalten@coleschotz.com
            jalberto@coleschotz.com

*Counsel to Ad Hoc Committee
of Supporting Counsel*